Peter Strojnik, State Bar No. 6464
**STROJNIK P.C.**
2375 East Camelback Road Suite 600
Phoenix, Arizona 85016
Telephone: (602) 524-6602
ADA@strojnik.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| FERNANDO GASTELUM,<br><br>Plaintiff,<br><br>vs.<br><br>VRE HOLDING II, LLC,<br><br>Defendant. | Case No: 2:18-cv-00747-DJH<br><br>**NOTICE OF SERVICE OF THE MANDATORY INITIAL DISCOVERY DISCLOSURE** |
|---|---|

Please take notice that the Mandatory Initial Discovery Disclosure has been served on the Defendant, on the 13th day of March, 2018.

RESPECTFULLY SUBMITTED this 14th Day of March, 2018

**STROJNIK, P.C.**

_/s/ Peter Strojnik_

Peter Strojnik, 6464
**STROJNIK P.C.**
2375 East Camelback Road Suite 600
Phoenix, Arizona 85016
Telephone:   (602) 524-6602
ADA@strojnik.com
Attorneys for Plaintiff