# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Arizona



Case Number: 2:18-CV-00747-DJH

Plaintiff:
**FERNANDO GASTELUM,**

vs.

Defendant:
**VRE HOLDING II, L.L.C.,**

For:
Peter Strojnik
STROJNIK P.C.
2375 E. Camelback Road Suite 600
Phoenix, AZ 85016

Received by Rush Hour Legal Service to be served on **VRE HOLDING II, L.L.C.,**.

I, Dave Salcido, do hereby affirm that on the **13th day of March, 2018** at **11:15 am**, I:

served **VRE HOLDING II, L.L.C.,** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; VERIFIED COMPLAINT; CONSENT TO EXERCISE OF JURISDICTION BY UNITED STATES MAGISTRATE JUDGE; NOTICE TO PARTIES MANDATORY INITIAL DISCOVERY PILOT PROJECT; STANDARD CIVIL TRACK INITIAL ORDER; PLAINTIFF'S REQUEST FOR DISCOVERY TO DEFENDANT NO 1; MANDATORY INITIAL DISCLOSURE BY PLAINTIFF TO DEFENDANT** with the date and hour of service endorsed thereon by me, to: **CHRISTIAN BERRY (Manager)** at the address of: **1429 N. Scottsdale Rd., Tempe, AZ 85251**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 31, Sex: M, Race/Skin Color: Black, Height: 5'8", Weight: 150, Hair: Black, Glasses: N

I, being fully qualified under ARCP 4(e) to serve process within the State of Arizona and having been so appointed by Maricopa County Superior Court, Declare under penalty of perjury that the foregoing is true and correct and was executed on the above date.

Dave Salcido
Process Server MC-8693

Rush Hour Legal Service
P.O. Box 30997
Mesa, AZ 85275
(480) 797-9483

Our Job Serial Number: RUL-2018000557
Service Fee: $70.30

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2g

